IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>1. Varsha Patel,<br>　(Counts 1-37, 42-44)<br><br>2. Nilam Patel,<br>　(Counts 1-37)<br><br>3. Sarang Hospitality LLC,<br>　(Counts 1-37)<br><br>4. Anthony Curtis,<br>　(Count 38)<br><br>5. Otis Childers,<br>　(Count 39)<br><br>6. Chauntelle Mills,<br>　(Count 40)<br><br>7. Leonardo Guerrero,<br>　(Count 41)<br><br>　　　　　Defendants. | CR-24-01529-PHX-SPL (ESW)<br><br>**ORDER TO UNSEAL INDICTMENT** |

　　　Based upon the United States of America's Motion to Unseal Indictment, and good cause appearing,

　　　**IT IS ORDERED** granting the Motion to Unseal.

　　　**IT IS FURTHER ORDERED** that the Clerk of the Court unseal the Indictment in this matter.

The Court finds excludable delay under 18 U.S.C. § 3161 (h)(7) from _____ to _____.

Dated this 24th day of September, 2024.

*Michael T. Morrissey*
Honorable Michael T. Morrissey
United States Magistrate Judge